1014

No. 82–5774.   DAVIS v. UNITED STATES STEEL SUPPLY, DIVISION OF UNITED STATES STEEL CORP.   C. A. 3d Cir. Certiorari denied.

No. 82–5822.   KINION v. ILLINOIS.   App. Ct. Ill., 3d Dist. Certiorari denied.

No. 82–5830.   TIRADO, AKA DANTE v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 82–5838.   SMITH v. ILLINOIS.   App. Ct. Ill., 3d Dist. Certiorari denied.

No. 82–5852.   GOTTESMAN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5873.   EDWARDS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5963.   CARTER v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ET AL. C. A. 5th Cir.   Certiorari denied.

No. 82–6000.   BRANT v. WISCONSIN.   Ct. App. Wis. Certiorari denied.

No. 82–6004.   MAZUR v. CHEVROLET MOTOR DIVISION, SAGINAW METAL CASTING PLANTS, GENERAL MOTORS CORP.   Ct. App. Mich.   Certiorari denied.

No. 82–6006.   MCCRARY v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 82–6007.   PATTASHNICK ET UX. v. TASHOFF.   Ct. Sp. App. Md.   Certiorari denied.